■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD PAIGE, Appellant. [984 NYS2d 594]—Order, Supreme Court, Bronx County (Megan Tallmer, J.), entered on or about September 5, 2012, which adjudicated defendant a level three predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly applied the presumptive override for a prior felony sex crime conviction, and properly exercised its discretion in denying a downward departure (*see People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Among other things, the underlying conviction involved a pattern of serious criminal conduct committed against a child, and defendant has been convicted, in another state, of failing to comply with sex offender registration requirements. Concur—Tom, J.P., Acosta, Andrias, DeGrasse and Richter, JJ.